IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             4:11-CR-00009-03-SWW

JOSE DOMINGO GARCIA

**ORDER**

Pending before the Court is Defendant's Motions to Modify Sentence Under 18 U.S.C. § 3582 (Doc. No. 138).

On April 3, 2012, Defendant was sentenced to 135 months in prison.[1] Defendant had a base offense level of 36, and received a 3-point reduction for acceptance of responsibility. With a criminal history category of I, his guideline range of 135 to 168 months.

Defendant contends that his sentence should be reduced because there is a sentencing disparity between him and his co-defendants and based on Amendment 775, which is related to U.S.S.G. § 3E1.1(b) -- "Acceptance of Responsibility." Neither argument has merit.

First, Defendant's allegations of an unacceptable sentencing disparity was argued to the Court of Appeals for the Eighth Circuit on direct appeal and rejected.[2] Second, Amendment 775 does not affect Defendant's guideline range.

Accordingly, Defendant's Motions to Modify Sentence Under 18 U.S.C. § 3582 (Doc. No. 138) is DENIED.

IT IS SO ORDERED this 13th day of March, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 121.

[2] Doc. No. 133.